Calvin MILLER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60386.

Missouri Court of Appeals, Western District.

May 21, 2002.

Tara L. Jensen, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Jefferson City, Asst. Atty. Gen., for Respondent.

Before: VICTOR C. HOWARD, P.J., EDWIN H. SMITH and THOMAS H. NEWTON, JJ.

### *Order*

PER CURIAM.

Mr. Calvin Miller appeals the judgment of the motion court denying his claim of ineffective assistance of appellate counsel in a postconviction relief motion. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).